**Maria Victoria Mendoza FERREYRA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–75729.**

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 15, 2007.

Maria Victoria Mendoza Ferreyra, Grover Beach, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Don G. Scroggin, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Maria Victoria Mendoza Ferreyra, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We dismiss the petition for review.

In her opening brief, Mendoza Ferreyra fails to address, and therefore has waived, any challenge to the BIA's denial of her motion to reopen. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259 (9th Cir.1996).

We lack jurisdiction to consider Mendoza Ferreyra's contentions regarding the BIA's underlying order adopting and affirming the immigration judge's denial of her application for cancellation of removal because she failed to timely petition this court for review of that order. *See id.* at 1258.

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.